# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

JOHNNIE T. WARREN                      CIVIL ACTION NO. 5:15-cv-2707
      FED. REG. #83519-022
VS.                                                        SECTION P

                                    JUDGE ELIZABETH E. FOOTE

UNITED STATES OF AMERICA,
ET AL.                                                MAGISTRATE JUDGE KAREN L. HAYES

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the  record;

**IT IS ORDERED** that plaintiff's *Bivens* complaint be **DISMISSED** for the reason that venue of his complaint is improper, and, that with regard to plaintiff's request for his immediate release from custody, that said claims be **DISMISSED** for failure to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this __9__th day of July, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE